# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, M.K. JAMISON**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### NICHOLAS D. HENES
### LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201300439
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 24 September 2013.
**Military Judge:** LtCol Eugene H. Robinson, Jr., USMC.
**Convening Authority:** Commanding General, 3d Marine Division
(-)(Rein), Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** LtCol K.T. Carlisle,
USMC.
**For Appellant:** CDR Christopher E. Roper, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**30 January 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority. Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court